Argued and submitted January 7, 2019, affirmed October 7, 2020, petition for review denied March 18, 2021 (367 Or 709)

In the Matter of the Compensation of
Pascual Siquina-Tasej, Claimant.

Pascual SIQUINA-TASEJ,
*Petitioner,*

*v.*

SAIF CORPORATION
and Willamette Valley Meat Company,
*Respondents.*

Workers' Compensation Board
1600382, 1505907; A165112

474 P3d 415

Julene M. Quinn argued the cause and filed the briefs for petitioner.

Julie Masters argued the cause and filed the brief for respondents.

Before Ortega, Presiding Judge, and Egan, Chief Judge, and Powers, Judge.

PER CURIAM

Affirmed. *Coleman v. SAIF*, 304 Or App 122, 466 P3d 967, *rev den*, 367 Or 75 (2020).